-PS-O-

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

LEE JAMES HECKMAN, 05B1741,

      Plaintiff,

  -v-

WILLARD CORRECTIONAL FACILITY and
DI MEDEANE,

      Defendants.

**DECISION and ORDER**
06-CV-6361Fe

---

Plaintiff, Lee James Heckman, an inmate of the Five Points Correctional Facility, was directed to amend his 42 U.S.C. § 1983 complaint (Docket No. 3). The amended complaint (Docket No. 6), supported by plaintiff's correspondence (Docket No. 4), is sufficient to go forward at this time, except that, for the reasons explained in the Court's Order of August 13, 2006 the Willard Correctional Facility is dismissed as a defendant to this action.

The Clerk of the Court is directed to file plaintiff's papers, and to cause the United States Marshal to serve copies of the Summons, Amended Complaint, Docket No. 4 and this Order upon D. I. Medeane without plaintiff's payment therefor, unpaid fees to be recoverable if this action terminates by monetary award in plaintiff's favor.

Pursuant to 42 U.S.C. § 1997e(g)(2), the defendant is directed to answer the complaint.

SO ORDERED.

Dated: _2/6/0_, 2006
Buffalo, New York

WILLIAM M. SKRETNY
United States District Judge